**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-7091**

———————

YUSUF ABDUL AL-WAHHAB,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA; SUPREME COURT OF
VIRGINIA; GENERAL ASSEMBLY OF VIRGINIA; GOV-
ERNOR OF VIRGINIA; ATTORNEY GENERAL OF THE
COMMONWEALTH OF VIRGINIA; THE COUNCIL ON HUMAN
RIGHTS; BOARD OF EDUCATION, Director; DEPART-
MENT OF CORRECTIONS, Director; AUGUSTA CORREC-
TIONAL CENTER; L. W. SAUNDERS, Warden,

Defendants - Appellees.

———————

**No. 95-7160**

———————

YUSUF ABDUL AL-WAHHAB,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA; SUPREME COURT OF
VIRGINIA; GENERAL ASSEMBLY OF VIRGINIA; GOV-
ERNOR OF VIRGINIA; ATTORNEY GENERAL OF THE
COMMONWEALTH OF VIRGINIA; THE COUNCIL ON HUMAN
RIGHTS; BOARD OF EDUCATION, Director; DEPART-
MENT OF CORRECTIONS, Director; AUGUSTA CORREC-
TIONAL CENTER; L. W. SAUNDERS, Warden,

Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-95-194-CV-3)

Submitted: December 14, 1995          Decided: January 4, 1996

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Yusuf Abdul Al-Wahhab, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeals on the reasoning of the district court. Al-Wahhab v. Virginia, No. CA-95-194-CV-3 (E.D. Va. June 5, June 28 & July 20, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED